Thomas H. Billingslea, Jr., Chapter 13 Trustee
Todd Headden [SBN 269282] Research Attorney
530 'B' Street, Suite 1500
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
legalmail@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Nancy Tarsha<br><br><br>Debtor(s) | Case No.: 10-14103-LT13<br><br>**CHAPTER 13 TRUSTEE'S MOTION FOR DISMISSAL WITH A REQUEST FOR A 180-DAY BAR FROM FILING.**<br><br>Date:   September 14, 2010<br>Time:   2:00pm<br>Dept:   1 |

### TRUSTEE'S POSITION

Thomas H. Billingslea, Jr., the Standing Chapter 13 Trustee hereby moves to dismiss Debtor's filed petition with a request that the Court impose a 180-day bar from re-filing a chapter 13 petition. The grounds for the opposition and motion are as follows:

### I.    PRIOR FILINGS

Debtor has filed THREE previous bankruptcy petitions since March of this year. Debtor's filing history is:

1) 10-13646-TA13 (Central District of California)
   Chapter 13; filed 03/23/10; dismissed 04/20/10 for failure to file schedules, statements, and a Chapter 13 plan.

2) 10-08210-LT13 (Southern District of California)
   Chapter 13; filed 05/13/10; dismissed 05/18/10 for failure to file Certificate of Credit Counseling.

3) 10-08746-LT7 (Southern District of California)
   Chapter 7; filed 05/21/10; dismissed 06/22/10 for failure to file Declaration re Electronic filing.

- 1 -

4) 10-14103-LT13 (Instant Petition)
Chapter 13; filed 8/8/10; Debtor filed the petition and schedules, yet no certificate of credit counseling or chapter 13 plan has been filed to date.

## II.   LACK OF GOOD FAITH

1) Debtor's repeat filings demonstrate a lack of good faith.[1]

2) Debtor's voluntary petition fails to list all prior filings.

3) Debtor's voluntary petition is missing page 3 with Debtor's Signature.

4) Debtor's petition is missing schedule A; schedule I reflects no income; schedule J shows no monthly income; and Form B22C is inconsistent with schedules I and J.

5) All prior cases included the defect of a failure to file either the: schedules; statements and/or plan; or certificate of credit counseling per 109(h).

6) There has been no change in circumstance shown by Debtor that would suggest that this Chapter 13 petition would be successful.

## **CONCLUSION**

For the foregoing reasons and a review of the totality of the circumstances, the Trustee requests that the Court dismiss the case and impose a 180-day bar from re-filing Chapter 13 petitions on Debtor. The Trustee further requests that Debtor must obtain written leave of the Court before filing a subsequent bankruptcy.

Dated: August 12, 2010.                                Respectfully Submitted,

   /s/ Todd Headden
Todd Headden, Research Attorney for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

---

[1] *In re Glauser*, 2007 WL 2221413 (Bankr. E.D.Pa) citing *In re Oglesby,* 158 B.R. 602 (E.D.Pa. 1993). In *Glauser*, the Court noted the factors considered by the *Oglesby* Court in measuring the good faith of repeat filings: (1) length of time between the prior cases and the present one; (2) whether the successive cases were filed to obtain favorable treatment afforded by the automatic stay; (3) effort made to comply with prior case plans' (4) Congress's intent debtor achieve his goals in a single case' (5) any other facts the court finds relevant relating to the debtor's purpose in making successive filings. "While there is no per se rule against serial filings, see *Johnson v. Home State Bank*, 501 U.S. 78, 87-88 (1991), where the subsequent case is a mere continuation of the prior case and is filed solely to circumvent an adverse ruling by the court, bad faith is implicated." *Glauser* at 3.

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 530 B Street, Suite 1500, San Diego, CA 92101.

I served the following document described as: **CHAPTER 13 TRUSTEE'S MOTION FOR DISMISSAL WITH A REQUEST FOR A 180-DAY BAR FROM FILING** on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR

Nancy Tarsha
424 Cox Road
San Marcos, CA 92069.

DEBTOR'S ATTORNEY

Michael T. Pines
732 N. Coast Highway 101, Ste. B
Encinitas, CA 92024

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 12, 2010
       San Diego, CA                        /s/ Todd Headden
                                                    Todd Headden