**CSD 1129** [12/01/09]

Name, Address, Telephone No. & I.D. No.
Michael T. Pines
Pines & Associates
Michael T. Pines, Esq
732 North Coast Hwy. 101, Suite B
760 642-0414
Encinitas, CA 92024

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re NANCY TARSHA

Debtor.

BANKRUPTCY NO. 3:10-14103-LT13

**ORDER FOR RELIEF**

## NOTICE OF CONVERSION OF CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7 BY DEBTOR

Pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(d), the above-named Debtor(s) converts this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code); and further states that

1. The Debtor(s) has filed concurrently with this notice the schedules and statements listed in Federal Rule of Bankruptcy Procedure 1007(b)(1) and a separate schedule listing the names and addresses of any creditors who are entitled to assert claims against the Debtor(s) or the estate under Federal Rule of Bankruptcy Procedure 1019(5) and 11 U.S.C. §348(d) as required by Bankruptcy Local Rule 1017-2(b)(3)(B). The undersigned Debtor(s) further declare under penalty of perjury that the information provided in the schedules, statements, and creditor diskette, if any, is true and correct.
2. The Debtor(s) will file within 30 days of the date of filing of this notice if the case is converted after the confirmation of a plan:
   a. a schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order;
   b. a schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the date of filing of this notice; and
   c. a statement of intention with respect to retention or surrender of property securing consumer debt, as required by 11 U.S.C.§ 521(a), and Federal Rule of Bankruptcy Procedure 1019(1)(B), and conforming to Official Form 8.

DATED: 8/16/2010

/s/Michael T. Pines
Attorney for Debtor(s)
Michael T. Pines

/s/Nancy Tarsha
Debtor
Nancy Tarsha

Joint Debtor

REQUIRED FEES:

Conversion fee: $ 25.00
Division of case fee*: $ 274.00

*Due only in those instances when one debtor elects to continue under the provisions of a Chapter 13 while the other debtor converts to a Chapter 7.

CSD 1801 [12/01/09]
Name, Address, Telephone No. & I.D. No.

Pines & Associates
Michael T. Pines, Esq. 77771
732 North Coast Highway 101, Suite B
Encinitas, CA 92024
(t) 760-642-0414 (f) 760-301-0093

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Nancy Tarsha

Debtor.

BANKRUPTCY NO. 3:10-bk-14103

**DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS**

PART I - DECLARATION OF PETITIONER

I [We] Nancy Tarsha and ______, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☑ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☐ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 8-12-10

Signed: Nancy Tarsha
(Applicant)

______
(Joint Applicant)

PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: 8-12-10

Michael T. Pines
Attorney for Debtor(s)