finmgt 10/05

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Nancy Tarsha**
424 Cox Road
San Marcos, CA 92069
xxx–xx–5588
*No Known Aliases*

Case number: 10–14103–LT7
Chapter: 7
Judge Laura S. Taylor

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION
# OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) and Certificate of Debtor(s) Education*.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that *Official Form 23 Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management*, must be accompanied by the *Certificate of Debtor(s) Education* and filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the Debtor(s) must file Official Form 23 and Certificate of Debtor(s) Education by 11/1/10. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23 and Certificate of Debtor(s) Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline. The Personal Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Personal Financial Management Course Certification and Official Form 23 are a separate filing requirement.

Dated: 9/17/10

Barry K. Lander
Clerk of the Bankruptcy Court