James L. Kennedy
P.O. Box 28459
San Diego, CA 92198
(858) 451-8859
jim@jlkennedy.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NANCY TARSHA<br><br><br><br><br><br>Debtor(s) | Case Number. 10-14103-LT7<br><br>EX PARTE MOTION AND STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE (11USC 727) AND/OR ABUSE, (11 USC 707(B)(3)) (FRBP 4004(B) AND FRBP 4007(C)) |

The debtor(s), by and through counsel, acknowledging Trustee in his capacity as a Member of the Standing Panel of Trustees and as the designee of the U.S. Trustee in the Southern District of California for conduct of the 11 USC 341(a) Meeting of Creditors, request for additional time to evaluate the case, stipulate that as to the Trustee and the U.S. Trustee the deadline to object to the debtor(s) discharge pursuant to 11 USC 707(b)(3) and/or 727, is extended to February 28, 2011. This stipulation is without prejudice to additional requests for extension of time by the Trustee and/or U.S. Trustee.

By signing this Stipulation, the attorney representing the debtor(s) certifies that he/she has discussed and obtained approval from the debtor(s) to execute this Stipulation on debtor(s) behalf.

Date: 11/10/10

James L. Kennedy, Trustee

Date: 11/10/2010

MICHAEL T. PINES, Attorney for Debtor(s)