CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

James L. Kennedy
P.O. Box 28459
San Diego, CA 92198
(858) 451-8859
jim@jlkennedy.com

Order Entered on
November 12, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
NANCY TARSHA

Debtor.

BANKRUPTCY NO. 10-14103-LT7
Date of Hearing:
Time of Hearing:
Name of Judge: HON. LAURA S. TAYLOR

## ORDER ON STIPULATION EXTENDING TIME TO OBJECTION TO DISCHARGE AND/OR SUBSTANTIAL ABUSE (FRBP 4004(B) AND 4007(C))

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No __25__

//
//
//
//
//
//

DATED: November 10, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the Relief granted by the court.

Submitted by:

/s/ James L. Kennedy
Trustee

CSD 1001A

```
CSD 1001A [11/15/04] (Page2)
ORDER ON STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE AND/OR SUBSTANTIAL ABUSE
DEBTOR: NANCY TARSHA                          CASE NO: 10-14103-LT7
```

The Court having considered the Stipulation Extending Time To Object to Discharge and/or Substantial Abuse pursuant to 11 USC 523, 707(b)(3), and/or 727, **AS TO THE TRUSTEE AND U.S. TRUSTEE ONLY**, to February 28, 2011, and for good cause appearing therefore

**IT IS SO ORDERED**

CSD 1001A

*Signed by Judge Laura Stuart Taylor November 10, 2010*